UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| John SHUFELDT,<br><br>                        Plaintiff,<br><br>v.<br><br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.,<br>                        Defendant. | Case No.: 20-cv-0819-JAH-AGS<br><br>**ORDER SETTING VIDEO CONFERENCE** |
|---|---|

On **June 22, 2020**, at **3:00 p.m.**, the Court will hold a motion hearing. Due to COVID-19, the Court will conduct the hearing over the Zoom teleconference program. The Court will e-mail counsel of record an invitation and link allowing them to join the Zoom call. All participants are expected to devote their full attention to the hearing as though they were attending in person. Movant is responsible for serving a copy of this Order, along with the Zoom invitation, on all interested parties.

By **June 15, 2020**, the parties must email chambers with a list of participants for each side, as well as backup phone numbers in the event there are technical problems with Zoom. Participants must connect to the conference five minutes before the scheduled start time. Participants are encouraged to familiarize themselves with the Zoom program before the hearing and to contact chambers at efile_schopler@casd.uscourts.gov if they have any questions.

1  Should a member of the public wish to be present at the hearing, they should email
2  a request for a copy of the Zoom invitation to efile_schopler@casd.uscourts.gov.
3  Dated:  June 8, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge