| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JOHN J. SCHUFELDT, M.D.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.,<br><br>　　　　　　　　　　Defendant. | Case No.: 20cv819-JAH (AGS)<br><br>**ORDER RE-OPENING ACTION IN LIGHT OF SIXTH CIRCUIT DECISION FILED APRIL 2, 2021** |

　　　　Before the Court is the motion of Defendant Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Defendant") for an Order re-opening this case in light of the ruling of the U.S. Court of Appeals for the Sixth Circuit filed by that court on April 2, 2021, *Shufeldt v. Baker, Donelson, Bearman, Caldwell & Berkowitz, PC*, 2021 U.S. App. LEXIS 9671 (6th Cir. April 2, 2021), __ Fed. Appx. __, and Defendant's request for judicial notice of that ruling.  *See* Doc. No. 33.  Plaintiff John Schufeldt, M.D. ("Plaintiff") filed a response to Defendant's motion.  In response, Plaintiff agrees with Defendant that the matter pending in this Court should be re-opened subject to law of the case considerations/determinations already made.

///

///

1

20cv819-JAH (AGS)

Having considered the Parties' written submissions, and good cause appearing, IT IS HEREBY ORDERED that Defendant's request for judicial notice and its motion are GRANTED.

IT IS FURTHER ORDERED that:

1. The matter before this Court is hereby ORDERED RE-OPENED;
2. All pending motions that were under submission at the time this case was closed are no longer moot;
3. The Magistrate Judge shall proceed with considering any outstanding motions (*See, e.g.*, ECF No. 32) pending as of July 29, 2020, and any other matters related to Plaintiff's Motion To Quash Defendant's out-of-district subpoena;
4. Magistrate Judge Schopler's prior rulings and orders decided and not formally and timely objected to, appealed, or challenged by writ or otherwise under the Local Rules for the Southern District of California or Federal Rules of Civil Procedure represent the law of the case;
5. The motion hearing scheduled for July 14, 2021, at 10:30 a.m. before this Court is **VACATED**; and
6. The Clerk of Court shall note the docket accordingly.

**IT IS SO ORDERED.**

DATED: July 7, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE